FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

JUL 08 2004

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____ DIVISION

CASE NO. 5:04CV00256 JWC

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Edward Dean Hamman
ADC # 112195

Address: Post Office Box 500 Grady, Ar. 71644-0500

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: Howard Cavaniau
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Ray Hobbs

Position: Assistant Director of Ark. Dept of Corrections

Place of employment: A.D.C. Administration Building

Address: Post Office Box 8708 Pine Bluff, Ar. 71611

Name of defendant: Al Cashion

Position: Warden

2

Place of employment: A.D.C. - Delta Regional Unit

Address: 880 East Gaines Street Dermott, Ar. 71638

Name of defendant: William Freeman

Position: Correctional Sgt.

Place of employment: A.D.C. - Delta Regional Unit

Address: 880 East Gaines Street Dermott, Ar. 71638

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☑ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

## My Statement of Claims:

1.) During the month of August 2002 - a little under a year after being back in the custody of the A.D.C. I was transferred to the A.D.C.'s Delta Regional Unit - a prison unit at which Defendents Warden M. Cashion and Sgt. W. Freeman are working at.

2.) Aprox. a year and 5 months after arriving at the Delta Regional Unit I had a problem with Sgt. W. Freeman. (See Exhibit "A".)

3.) On January 5th, 2004 I had also with Exhibit "A", Exhibit "B"(1of2) and Exhibit "B"(2of2) nortarized.

4.) On January 5th, 2004 I had two witness' of this incident write and sign a "Statement of Witness" form. (See Exhibit "C & D")

5.) On January 14th, 2004 Warden M. Cashion responded to said grievance with an attitude of indifference in this matter, in that he conducted a biased investigation into the matter wherein he sided with defendant Sgt. W. Freeman and found my grievance to be without merit. (See Exhibit "E".)

6.) I then appealed this matter to defendant Ray Hobbs (Assitant Director of the A.D.C.) who likewise treated it with an attitude of indifference and also found it to be without merit. (See Exhibit "E.")

7.) Due to the said defendants attitudes of indifference in this matter, I was forced to remain housed at said unit for the next 53 days which eventually allowed defendant Sgt. W. Freeman to use his position of authority against me

and caused me a grievous loss of privileges (including the loss of certain amount of "Good Time" I could of earned, had not this deprivation taken place.)

8.) The facts pertinent to this claim are as follows.

9.) On the day of January 5TH, 2004 two white inmates - Danny Irwin #118974 and Jon Price #119944 both of whom at that paticular time, were housed in the same living quarters with me - advised me that they had heard what was said and to send them a "Statment of Witness" form and they would write down what was heard.

10.) I then recieved the two witness statements from both Danny Irwin #118974 and Jon Price #119944 and placed them with Exhibit "A", "B 1of2", and "B 2of2".

11.) I then sent off Exhibit "A", "B 1of2", "B 2of2", "C", and "D" to warden M. Cashion. During the time of Warden M. Cashions knowledge about my incident thru the grievance procedure failed to come and speak with me and affirm that I needed to be shipped away because I was of fear for my life.

12.) 53 days later I was transfered to the cummins unit.

13.) The reason I feel that said defendants should be held liable for their actions are as follows:

A.) Defendant M. Cashion is the Warden at the Delta Regional Unit. He is responsible for overseeing the day-to-day operations of said unit - including the actions of all A.D.C. personel employed thereat. He is also responsible for the custody, care and safety of all inmates housed

at said unit - which includes the takeing of any measures necessary to prevent said inmates from being subjected to any risk of harm or possible retaliation on the part of correctional employees. Moreover, he is responsible for the enforcement of all A.D.C. policies which pertains to said unit - including AR-831, which gives him the discretion to reverse or modify any grievance.

B.) Defendant Ray Hobbs is the Assitant Director of the A.D.C.. He is the Chief Administrative Assitant to Director Larry Norris, and part of his responsibilities consist of handling the appellate and final review of inmates grievances. When he reviewed Exhibit "A", "B 1of2", "B 2of2", "C", and "D", the appeal of defendant M. Cashions reply, he became well informed that I was forced to remain housed at said unit under the risk of being retaliated upon. But, yet, he treated this matter with an attitude of indifference too, thereby committing the same acts of acquiescence and deliberate disregard for my safety which renders him liable in the same context.

C.) Defendant W. Freeman was the security officer at the time of incident. He was responsible for supervising the actions of all correctional officers on his shift at said unit. When he used his position of authority to carry out the acts herein complained of, his actions were subtle, malicious, vindictive, wanton, arbitrary, and in

violation of A.D.C. policy- including but Limited to the AR-831.

14.) Proff of Statement of claim. Ray Hobbs and M. Cashion, cruel & Unusual punishment for leaving me at said unit after my life was put to risk. Sgt. W. Freeman for threatining me and poting my life at risk.

———— END of Statement ～～～～～

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Grant me an injunction enjoining the A.D.C. from housing me at any prison with defendants Sgt. W. Freeman and Warden M. Cashion, along with $5,300.00 ($100.00 a day for each day remained at the unit with defendant(s)) in damages.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 26 day of June, 2004.

_____
Signature(s) of plaintiff(s)

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

*Exhibits Attached to Original Document in Courts's Case File*